UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
AQUAROOTS SHIPPING CO. LTD.,           :

                Plaintiff,           :       07 Civ.

      - against -                                 :       ECF CASE

SINO SMART SHIPPING LIMITED,           :
FUJIAN GUANHAI SHIPPING CO., and
BARRY ROGLIANO SALLES,                 :

                Defendants.         :
------------------------------------------------------X



## DISCLOSURE OF INTERESTED PARTIES
## PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: January 16, 2007
       New York, NY

                          The Plaintiff,
                          AQUAROOTS SHIPPING CO. LTD.

                          By: _____
                          Patrick F. Lennon (PL 2162)
                          Nancy R. Peterson (NP 2871)
                          TISDALE & LENNON, LLC
                          11 West 42nd Street, Suite 900
                          New York, NY 10036
                          (212) 354-0025 (Phone)
                          (212) 869-0067 (Fax)
                          plennon@tisdale-lennon.com
                          npeterson@tisdale-lennon.com