UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
AQUAROOTS SHIPPING CO. LTD.,                :

           Plaintiff,       :       07 Civ. _____

   - against -                                              :       ECF CASE

SINO SMART SHIPPING LIMITED,               :
FUJIAN GUANHAI SHIPPING CO., and
BARRY ROGLIANO SALLES,                      :

           Defendants.    :
-------------------------------------------------------X

JUDGE RAKOFF

07 CV 342

### AFFIDAVIT IN SUPPORT OF PRAYER FOR MARITIME ATTACHMENT

State of Connecticut  )
                     ) ss: SOUTHPORT
County of Fairfield   )

Nancy R. Peterson, being duly sworn, deposes and says:

1. I am a member of the Bar of this Court and represent the Plaintiff herein. I am familiar with the facts of this case and make this Affidavit in support of Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Admiralty Rules of the Federal Rules of Civil Procedure.

2. I have attempted to locate the Defendants, SINO SMART SHIPPING LIMITED, FUJIAN GUANHAI SHIPPING CO., and BARRY ROGLIANO SALLES, within this District. As part of my investigation to locate the Defendants within this District, I checked the telephone company information directory, as well as the white and yellow pages for New York listed on the Internet or World Wide Web, and did not find a listing for either of the Defendants. Finally, I checked the New York State Department of Corporations' online database which showed no listing or registration for either of the Defendants.

3. I submit that Defendants cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

4. Upon information and belief, the Defendants have, or will have during the pendency of this action, tangible and intangible property within the District in the hands of, ABN-AMRO, American Express Bank, Bank of America, Bank of India, Bank of China, Bank of New York, BNP Paribas, Barclay's Bank, Credit Suisse First Boston, Calyon, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Societe Generale, Standard Chartered Bank, State Bank of India, UBS AG, and/or Wachovia Bank.

5. This is Plaintiff's first request for this relief made to any Court.

**WHEREFORE**, the Plaintiff respectfully requests that the Court authorize the issuance of process in the form of a Writ of Maritime Attachment and Garnishment seeking attachment and garnishment of Defendants' tangible and intangible property within this District in the hands of ABN-AMRO, American Express Bank, Bank of America, Bank of India, Bank of China, Bank of New York, BNP Paribas, Barclay's Bank, Credit Suisse First Boston, Calyon, Citibank, Deutsche Bank, HSBC (USA) Bank, J.P. Morgan Chase, Societe Generale, Standard Chartered Bank, State Bank of India, UBS AG, and/or Wachovia Bank

Dated: January 16, 2007
New York, NY

_____
Nancy R. Peterson

Sworn and subscribed to before me
This 16th day of January, 2007.

_____
Notary Public
Commission Expires Nov 30, 2016