CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| AQUAROOTS SHIPPING CO. LTD, | : | |
| | : | |
| Plaintiff, | : | **07-CV-342 (JSR)** |
| | : | |
| v. | : | |
| | : | **NOTICE OF** |
| SINO SMART SHIPPING LIMITED, | : | **APPEARANCE** |
| FUJIAN GUANHAI SHIPPING CO., and | : | |
| BARRY ROGLIANO SALLES, | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch. I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       February 7, 2007

                                 CLARK, ATCHESON & REISERT
                                 Attorneys for Garnishee
                                 Societe Generale New York Branch

             By: _____
                    Richard J. Reisert (RR-7118)
                    7800 River Road
                    North Bergen, NJ 07047
                    Tel: (201) 537-1200
                    Fax: (201) 537-1201
                    Email: reisert@navlaw.com