CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Société Générale New York Branch
7800 River Road
North Bergen, NJ 07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AQUAROOTS SHIPPING CO. LTD,

                Plaintiff,

        v.

SINO SMART SHIPPING LIMITED,
FUJIAN GUANHAI SHIPPING CO., and
BARRY ROGLIANO SALLES,

                Defendants.
-----------------------------------------------------------x

07-CV-342 (JSR)

### REPORT OF GARNISHEE SOCIÉTÉ GÉNÉRALE NEW YORK BRANCH TO PLAINTIFF'S MARITIME ATTACHMENT AND GARNISHMENT

TO THE MARSHALL OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK:

Pursuant to Rule B(3)(a) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and in response to a certain Process of Maritime Attachment and Garnishment in the captioned matter dated January 17, 2007, and served upon Garnishee Société Générale New York Branch on January 18, 2007, and on a continuous daily basis from that date until the date of this report, Garnishee Société Générale New York Branch hereby states that on such dates of service, it was not indebted to the defendants and did not otherwise have in its possession any

property, tangible or intangible, including funds, assets, cash, goods, chattels, credits, effects, debts owed by or owed to the defendants or monies to be paid to discharge a debt owed to the defendants, including monies being electronically transferred by, to or for the benefit of the defendants.

Dated: North Bergen, New Jersey
       February 7, 2007

                                        CLARK, ATCHESON & REISERT
                                        Attorneys for Garnishee
                                        Société Générale New York Branch

By:     _____
        Richard J. Reisert (RR-7118)
        7800 River Road
        North Bergen, NJ 07047
        Tel: (201) 537-1200
        Fax: (201) 537-1201
        Email: reisert@navlaw.com


TO:    CLERK OF THE COURT

       TISDALE & LENNON, LLC
       Attorneys for Plaintiff
       Attn: Patrick Lennon, Esq. (Via email)

## **VERIFICATION**

STATE OF NEW YORK    )
                    ) ss.:
COUNTY OF NEW YORK  )

John M. Driscoll, being duly sworn, deposes and says as follows:

I am the Deputy Director of Litigation and Regulatory Affairs for Société Générale New York Branch. I have reviewed the contents of the foregoing Report of Garnishee Société Générale New York Branch in response to Plaintiff's Maritime Attachment and Garnishment in docket no. 07-CV-342, and know the contents thereof and that the same are true to the best of my own knowledge. I base this upon personal knowledge, review of Société Générale New York Branch's files, and conversations with relevant employees of the Bank.

_____
John M. Driscoll

Sworn to before me this
7th day of February 2007.

_____
Notary Public

DANIEL K. HOBBS, NOTARY PUBLIC
State of New York, No. 01HO6138688
Qualified in New York County
Commission Expires December 27, 2009