UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

Aquaroots Shipping

                Plaintiff,

       -against-

07 CIVIL 342 ( JSR)

Sinosmart et al.
                Defendant.
------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __Nancy R. Peterson__

☐ *Attorney*

    ☒ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is:
    __NP 2871__

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☐ *Law Firm/Government Agency Association*

    From: __Tisdale & Lennon, LLC__

    To: __Lennon, Murphy & Lennon, LLC__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____

☐ *Address:* __The Gray Bar Building, 420 Lexington, Ave., Suite 300, NY NY, 10170__

☐ *Telephone Number:* __(212) 490-6050__

☐ *Fax Number:* __(212) 490-6070__

☐ *E-Mail Address:* __nrp@lenmur.com__

Dated: __5/18/2007__