```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ x
AQUAROOTS SHIPPING CO. LTD.,         :
                                     :
            Plaintiff,               :    07 Civ. 342 (JSR)
                                     :
      -v-                            :    ORDER
                                     :
SINO SMART SHIPPING LIMITED, FUJIAN  :
GUANHAI SHIPPING CO., and BARRY      :
ROGLIANO SALLES,                     :
                                     :
            Defendants.              :
------------------------------------ x
```

JED S. RAKOFF, U.S.D.J.

For the reasons stated from the bench, see transcript, 6/6/07, this matter is hereby stayed in all respects, pending further action by the Court. The Clerk is directed to place this action on the suspense calendar.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       June 6, 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-6-07