Cozen O'Connor
Christopher Raleigh, Esq. (CR-9366)
Geoffrey D. Ferrer, Esq. (GF-9417)
Attorneys for Sea Lion Marine, Ltd.
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
_____x
:
AQUAROOTS SHIPPING CO. LTD.,            :       07 Civ. 342  (JSR)
                                        :
                Plaintiff,              :       ECF CASE
        -against-                       :
                                        :
SINO SMART SHIPPING LIMITED,            :       NOTICE OF APPEARANCE
FUJIAN GUANHAI SHIPPING CO.,            :
and BARRY ROGLIANO SALLES,              :
                                        :
                Defendants.             :
_____x

    PLEASE TAKE NOTICE, that the undersigned hereby appear as the attorneys for Sea Lion Marine, Ltd., the owner of attached funds in the possession of garnishee, Deutsche Bank Trust Company Americas.  All papers in the above entitled action should be served upon the undersigned attorneys at the office located at 45 Broadway, 16th Floor, New York, New York 10006.

DATED:    New York, New York
          July 16, 2007

                                             Respectfully submitted,

                             By:       s/ Christopher Raleigh_____
                                   Christopher Raleigh, Esq. (CR-9366)
                                   Geoffrey D. Ferrer, Esq. (GF-9417)
                                   COZEN O'CONNOR
                                   45 Broadway, 16th Floor
                                   New York, New York 10006
                                   (212) 509-9400