RAKOFF, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------X
AQUAROOTS SHIPPING CO. LTD.,           :
                                       :
                    Plaintiff,         :    07 Civ. 342 (JSR)
                                       :
        - against -                    :    ECF CASE
                                       :
SINO SMART SHIPPING LIMITED,           :
FUJIAN GUANHAI SHIPPING CO., and       :
BARRY ROGLIANO SALLES,                 :
                                       :
                    Defendants.        :
-----------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-12-07

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance by any of the Defendants, that the

above-captioned matter be and hereby is voluntarily dismissed without prejudice and without

costs to any party pursuant to Federal Rule of Civil Procedure 41(a).

The maritime attachment in this matter pursuant to Supplemental Admiralty Rule B is

hereby vacated and all garnishee banks, including but not limited to, Deutsche Bank, are directed

to immediately release all funds attached pursuant to the Ex-Parte Order of Maritime Attachment

issued herein.

Dated: October 11, 2007
New York, NY

                              The Plaintiff,
                              AQUAROOTS SHIPPING CO. LTD.

                              By: _____
                              Patrick F. Lennon (PL 2162)
                              LENNON, MURPHY & LENNON, LLC
                              The GrayBar Building
                              420 Lexington Ave., Suite 300
                              New York, NY 10170
                              Phone (212) 490-6050
                              Fax (212) 490-6070
                              pfl@lenmur.com

SO ORDERED

_____
U.S.D.J.

11-11-07